In the Matter of 9TH & 10TH STREET L.L.C., Respondent, v BOARD OF STANDARDS AND APPEALS OF CITY OF N.Y., Appellant.

Submitted January 7, 2008; decided January 10, 2008

Reported below, 43 AD3d 36.

Motion by Municipal Art Society of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

NYC GOETZ REALTY CORP., Respondent, v MARTHA GRAHAM CENTER OF CONTEMPORARY DANCE, Appellant. MARTHA GRAHAM CENTER OF CONTEMPORARY DANCE, Counterclaim Plaintiff-Appellant, v NYC GOETZ REALTY CORP., Counterclaim Defendant-Respondent, et al., Counterclaim Defendant.

Submitted November 26, 2007; decided January 10, 2008

Reported below, 39 AD3d 356.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHANG SOO PARK, Appellant.

Submitted January 7, 2008; decided January 10, 2008

Reported below, 43 AD3d 1074.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE SMITH, Appellant.

Submitted November 19, 2007; decided January 10, 2008

Reported below, 44 AD3d 920.

Motion for leave to appeal granted. Motion for poor person relief granted.